**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7206**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

EDDIE LEVERT DAVIS,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:07-cr-00415-HEH-1)

_____

Submitted: November 18, 2010          Decided: December 2, 2010

_____

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Eddie Levert Davis, Appellant Pro Se. Sara Elizabeth Chase, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Levert Davis appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we deny Davis's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Davis, No. 3:07-cr-00415-HEH-1 (E.D. Va. Mar. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED